UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> BREANNA CIERRA SLUDER, ) <br> ) <br> ) | No. 3:20-CR-49 <br> JUDGES Crytzer/Guyton |

## INFORMATION

The United States Attorney charges that:

### COUNT 1
### (PRODUCTION OF CHILD PORNOGRAPHY)

On or about January 12, 2020, within the Eastern District of Tennessee, defendant **BREANNA CIERRA SLUDER** did knowingly employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct produced by the defendant using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce by any means including by computer, in violation of Title 18, United States Code, Sections 2251(a) and (e).

### FORFEITURE ALLEGATIONS

1. The allegations contained in Count 1 of this Information are re-alleged and incorporated herein by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 2253 and 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Sections 2251, the defendants, **BREANNA CIERRA SLUDER,** shall forfeit to the United States of America his interests in the following:

a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

3. This property to be forfeited includes, but is not limited to, the following property seized from defendant **BREANNA CIERRA SLUDER** on or about January 23, 2020:

a. ANDROID LGK40 phone (black case), meid: 35996210267218;

b. ANDORID LGK40 phone (pink case), meid: 359962102668017.

4. Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 2251, the defendant, **BREANNA CIERRA SLUDER** shall forfeit to the United States of America the defendant's interests in any property, real or personal which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 2251.

If any of the property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has

been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty; the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

                                      FRANCIS M. HAMILTON III
                                      ACTING UNITED STATES ATTORNEY

By: _____
      Jennifer Kolman
      Assistant United States Attorney