UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:21-CR-49 |
| v. | ) | |
| | ) | JUDGE CRYTZER |
| BREANNA CIERRA SLUDER | ) | |

**NOTICE OF NO OBJECTION TO THE**
**PRESENTENCE INVESTIGATION REPORT**

The United States of America, by and through the Acting United States Attorney for the Eastern District of Tennessee, hereby files this Notice of No Objection to the Presentence Investigation Report, and states that having reviewed the Presentence Investigation Report prepared by Grant Baker, United States Probation Officer, the government has no objection thereto.

Respectfully submitted,

FRANCIS M. HAMILTON III
ACTING UNITED STATES ATTORNEY

By: *s/ Jennifer Kolman*
Jennifer Kolman
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865) 545-4167