# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No.: 3:21-CR-49 |
| ) | Judge CRYTZER |
| BREANNA CIERRA SLUDER ) | |

## MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby requests that the proposed document in the above-referenced matter be sealed due to the sensitive nature of the material contained therein.

Wherefore, the United States of America respectfully requests that the proposed document as to the above-referenced defendant be sealed with the exception that the United States Attorney's Office will provide a copy to counsel for the defendant.

Respectfully submitted this 23rd day of November, 2021.

                                        FRANCIS M. HAMILTON III
                                      ACTING UNITED STATES ATTORNEY

                    By:    *s/ Jennifer Kolman*
                            Jennifer Kolman
                            Assistant United States Attorney
                            800 Market Street, Suite 211
                            Knoxville, Tennessee 37902
                            (865) 545-4167
                            jennifer.kolman@usdoj.gov
                            GA Bar #427930